## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

    *Plaintiff*,

vs

**JAMES M. ELBERT III**,

    *Defendant*.

Case No. 17-20298
Hon. Matthew F. Leitman

_____

### ORDER GRANTING EX PARTE MOTION FOR APPOINTMENT OF AN EXPERT REGARDING MENTAL HEALTH EVALUATION OF DEFENDANT

Upon the Petition of Jerome Sabbota, counsel for Defendant, James M. Elbert, III, that he requires the services of a mental health expert to assist him in his representation of Mr. Elbert, and that this Court has appointed Dr. Dennis P. Sugrue, Ph.D. of Bloomfield, Michigan, to perform the mental health evaluation;

**IT IS ORDERED** that Dennis P. Sugrue, Ph.D. must be allowed to:

1. Conduct a professional conduct visit with James M. Elbert, III at the Clare County Jail, in Harrison, Michigan, or other place where Mr. Elbert is incarcerated by the United States Marshal, during normal visiting hours, until further order of this Court. Dr. Sugrue must be permitted to meet, interview, test and evaluation James M. Elbert, III;

2. Bring the necessary items for intelligence/brain function testing, including a laptop computer, iPad, tape recorder, blocks, picture cards and books into the Clare County Jail or other designated facility for the purpose of psychological testing of the Defendant, James Elbert, III; and

3. Dennis P. Sugrue, Ph.D. shall be allowed to examine James Elbert, III in private, confidential area, and that he be permitted to meet with for the necessary time to conduct a psychological evaluation.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 8, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 8, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764