UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

    *Plaintiff*,                                           Case No. 17-20298
                                                             Hon. Matthew F. Leitman

vs

**JAMES M. ELBERT III**,

    *Defendant*.
_____

## ORDER GRANTING MOTION FOR APPOINTMENT OF EXPERT TO PREPARE A PRESENTENCE PSYCHOLOGICAL EVALUATION

This matter having been brought to the Court upon ex-parte application for funds to obtain a forensic psychologist, the Court having reviewed the supporting documents, and being fully informed, is of the opinion that Mr. Elbert has demonstrated the need for this service for an expert in forensic psychology, and his financial inability to secure these services on his own;

THEREFORE, the Court authorizes payment to Dennis Sugrue, Ph.D., from CJA funds for expert services on behalf of Mr. Elbert, not to exceed $3,700.00, without further approval of the Court.

                                             /s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: November 9, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 9, 2017, by electronic means and/or ordinary mail.

                                           s/Holly A. Monda
                                           Case Manager
                                           (810) 341-9764