UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, JAMES ELBERT,

    Defendant.
_____/

Case No. 17-cr-20298
Hon. Matthew F. Leitman

## **ORDER GRANTING MOTION FOR TRANSCRIPT (ECF #69)**

On May 29, 2018, Defendant James Elbert ("Elbert") filed a motion to transcript. (*See* ECF #69.) Elbert apparently requests a written transcript of his sentencing held on February 15, 2018. (*See id.*)

The Court believes it is appropriate for a transcript of Elbert's sentencing to be prepared and provided to Elbert.

Accordingly, **IT IS HEREBY ORDERED** that Elbert's motion for transcript is **GRANTED**.

**IT IS FURTHER ORDERED** that Elbert qualifies under the Criminal Justice Act and is eligible to have transcripts produced by the Court Reporter at government expense.

**IT IS FURTHER ORDERED** that the transcript of the February 15, 2018 sentencing shall be paid for from funds allocated under the Criminal Justice Act, and

1

the Court Reporter and the Clerk of the Court are directed to prepare and/or process the CJA-24 forms in the Court's eVoucher system in accordance with this Order.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 27, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 27, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2